UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NEPO FOTUALII, | CASE NO. C17-0529-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| GI TRUCKING COMPANY d/b/a ESTES WEST, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated protective order (Dkt. No. 11). The Court will not take action on this stipulation until the parties file a copy of the stipulation that is signed by all parties.

DATED this 25th day of October 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk